**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**
**CASE NO. 5:18-cv-00184-DCR**

*ELECTRONICALLY FILED*

**ANDRE JOHNSON, on behalf of**                                              **PLAINTIFF**
**himself and all others similarly situated.**
**v.**

**SR JUSTUS, INC.**                                                                          **DEFENDANT**

**AGREED ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE**
**[Related Doc. 1]**

---

The Defendant, SR Justus, Inc. and the Plaintiff, Andre Johnson, by counsel having agreed to a resolution of the claims raised in the Complaint [Doc. 1] which includes, as a material term, the dismissal of the Complaint with prejudice; and the consent of the parties thereto to this dismissal, being evidenced by the signatures of their respective counsel; and this Court, having reviewed the matter and being otherwise sufficiently advised;

By agreement of the parties, **IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS**:

1.  The Complaint is hereby **DISMISSED WITH PREJUDICE**, with each side to bear its own costs. The dismissal includes all claims for damages by the Plaintiff which are the subject matter of the Complaint, or arising out of the causes described and alleged therein. This dismissal does not affect the rights of any person not specifically named as a party herein.

2.  There being no cause for delay, this is a **FINAL ORDER**.

3.  The Clerk is directed to strike this matter from the active docket.

Entered: _____

**Having seen and agreed:**

| **LOCKABY PLLC** | **FOWLER BELL PLLC** |
|---|---|

*/s/ Matthew T. Lockaby (with permission)*   */s/ Matthew D. Ellison*
Matthew T. Lockaby, Esq.                                     Matthew D. Ellison, Esq.
1795 Alysheba Way, Suite 4207                        300 West Vine Street, Suite 600
Lexington, KY 40509                                              Lexington, KY 40507-1751
(859) 263-7884                                                          (859) 252-6700
844-270-3044 Fax                                                    (859) 255-3735 fax
mlockaby@lockabylaw.com                              MEllison@FowlerLaw.com
**ATTORNEY FOR PLAINTIFF,**                 **ATTORNEYS FOR DEFENDANT,**
**ANDRE JOHNSON**                                      **SR JUSTUS, INC.**

**COPIES TO:**
Counsel of Record, via CM/ECF Service

4841-8917-9239, v. 1/9905.00010

2