UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| ANDRE JOHNSON, etc., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 18-184-DCR |
| | ) | |
| V. | ) | |
| | ) | **ORDER** |
| SR JUSTUS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties having filed an Agreed Order of Dismissal with Prejudice [Record No. 15], and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

1. The parties' agreed order of dismissal with prejudice [Record No. 15], construed as joint motion to dismiss, is **GRANTED**.

2. The claims asserted by Plaintiff Andre Johnson against Defendant SR Justus, Inc., are **DISMISSED**, with prejudice.

3. This action is **DISMISSED** and **STRICKEN** from the Court's docket. The parties shall bear their respective fees, costs, and expenses with respect to the claims dismissed or otherwise resolved by this Order.

This 12th day of June, 2018.

